**Dismissed and Memorandum Opinion filed September 27, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00523-CV

## LYNDON MAYBERRY, Appellant

### V.

## KINDER MORGAN CRUDE & CONDENSTATE, LLC, Appellee

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71532**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 13, 2016. The notice of appeal was filed July 1, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On August 11, 2016, this court ordered appellant to pay the appellate filing fee on or before August 26, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.